UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASHER BRONSTIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FAST BUSINESS FINANCIAL LLC,<br><br>Defendant. | Case No. 2:26-cv-05835-MWC-AS<br><br>**STIPULATION TO CONTINUE RESPONSIVE DEADLINE**<br><br>*[Filed concurrently with the [Proposed] Order]* |

Plaintiff ASHER BRONSTIN ("Plaintiff") on the one hand, and Defendant FAST BUSINESS FINANCIAL LLC ("Defendant") on the other hand (collectively, the "Parties"), by and through their respective attorneys, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his Class Action Complaint (the "Complaint") on June 1, 2026 (ECF No. 1);

WHEREAS, Defendant's current deadline to answer or otherwise respond to the Complaint is August 31, 2026;

WHEREAS, the Parties are presently engaged in settlement discussions concerning the claims asserted in this action;

WHEREAS, the Parties met and conferred pursuant to Local Rule 7-3 on August 25, 2026 regarding a potential Motion to Dismiss and, based on the conference, Plaintiff has agreed to amend the Complaint in certain regards and is considering amending the Complaint in other regards in order to obviate the need for motion practice;

WHEREAS, in light of the anticipated amended pleading and to permit the Parties additional time to continue their settlement discussions without unnecessarily incurring fees and costs associated with responding to a pleading that will be amended, the Parties have agreed to extend Defendant's deadline to answer or otherwise respond to the Complaint from August 31, 2026 to September 11, 2026;

WHEREAS, the requested extension is sought in good faith and not for purposes of delay;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that:

1. Defendant FAST BUSINESS FINANCIAL LLC's deadline to answer, move, or otherwise respond to Plaintiff's Complaint shall be continued from August 31, 2026 to September 11, 2026.

**SO STIPULATED AND AGREED.**

DATED: August 27, 2026 **WEINBERG GONSER LLP**

By: */s/ Jamison Gilmore*
JAMISON GILMORE
Attorney for FAST BUSINESS FINANCIAL LLC

DATED: August 27, 2026 **STRAUSS BORRELLI PLLC**

By: */s/ Carly M. Roman*
CARLY M. ROMAN
Attorney for ASHER BRONSTIN

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed herein, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 27, 2026 WEINBERG GONSER LLP

By: */s/ Jamison Gilmore*
JAMISON GILMORE