UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASHER BRONSTIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FAST BUSINESS FINANCIAL LLC,<br><br>Defendant. | Case No. 2:26-cv-05835-MWC-AS<br><br>**[PROPOSED] ORDER TO CONTINUE RESPONSIVE DEADLINE**<br><br>*[Filed concurrently with the Stipulation to Continue Responsive Deadline]* |

# [PROPOSED] ORDER

Having reviewed the Parties' Stipulation to Continue Responsive Deadline, and good cause appearing therefor, IT IS HEREBY ORDERED that the Stipulation is APPROVED.

Defendant FAST BUSINESS FINANCIAL LLC's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is continued from August 31, 2026 to September 11, 2026.

DATED: ___________________

_________________________________________
HON. MICHELLE WILLIAMS COURT