UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ASHER BRONSTIN, *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

FAST BUSINESS FINANCIAL LLC

Defendant.

Case No. 2:26-cv-05835-MWC-AS

**ORDER PARTIALLY GRANTING JOINT STIPULATION TO CONTINUE DEFENDANT'S DEADLINE TO ANSWER, MOVE OTHER OTHERWISE RESPOND TO COMPLAINT (DKT. [15])**

The Court, having reviewed the Joint Stipulation to Continue Defendant's Deadline To Answer, Move, Or Otherwise Respond to Plaintiffs Complaint (Dkt. # 15), and finding good cause, hereby **ORDERS** follows:

1. Defendant Fast Business Financial LLC deadline to answer, move, or otherwise respond to Plaintiff's Complaint (Dkt. # 1) is continued to September 8, 2026;
2. All other dates and deadlines remain unchanged.

**IT IS SO ORDERED.**

DATED: August 28, 2026

Honorable Michelle Wiliams Court
United States District Judge