**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ASHER BRONSTIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAST BUSINESS FINANCIAL LLC,<br><br>Defendant. | No. 2:26-cv-05835-MWC-AS<br><br>Honorable Judge Michelle Williams Court<br><br>STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED CLASS ACTION COMPLAINT |

Plaintiff ASHER BRONSTIN ("Plaintiff") on the one hand, and Defendant FAST BUSINESS FINANCIAL LLC ("Defendant") on the other hand (collectively, the "Parties"), by and through their respective attorneys, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his Class Action Complaint (the "Complaint") on June 1, 2026 (ECF No. 1);

WHEREAS, Defendant was served with the Complaint on June 10, 2026 (ECF No. 10);

WHEREAS, Defendant thereafter waived service, with the waiver filed on July 1, 2026 (ECF No. 12);

WHEREAS, the Parties met and conferred pursuant to Local Rule 7-3 on

August 25, 2026 regarding a potential Motion to Dismiss and, based on the conference, Plaintiff has agreed to amend the Complaint in certain regards;

WHEREAS, on August 27, 2026, the Parties filed a Joint Stipulation to Continue Defendant's Deadline to Answer, Move, or Otherwise Respond to the Complaint from August 31, 2026 to September 11, 2026 (ECF No. 15);

WHEREAS, on August 28, 2026, the Court entered an Order partially granting the Parties' stipulation and continuing Defendant's deadline to answer, move, or otherwise respond to the Complaint to September 8, 2026, while providing that all other dates and deadlines remained unchanged (ECF No. 16);

WHEREAS, Plaintiff now seeks to file a First Amended Complaint, attached hereto as Exhibit A, to address some of the matters discussed during the Parties' meet and confer and to narrow the issues before the court;

WHEREAS, a redlined copy of the complaint, as amended, is attached as Exhibit B;

WHEREAS, Plaintiff's time to amend the Complaint as a matter of course under Rule 15(a)(1) has expired, and Defendant has not yet served a responsive pleading or a motion under Rule 12(b), (e), or (f);

WHEREAS, Defendant consents to Plaintiff's filing of the First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2);

WHEREAS, Federal Rule of Civil Procedure 15(a)(2) permits a party to amend a pleading with the opposing party's written consent, and Local Rule 15-1 provides that a proposed amended pleading may be filed as an attachment to the related stipulation;

WHEREAS, the proposed First Amended Complaint is attached hereto as Exhibit A and constitutes the complete pleading Plaintiff proposes to file;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that:

1. Plaintiff may file the First Amended Complaint attached hereto as Exhibit A pursuant to Federal Rule of Civil Procedure 15(a)(2), without the necessity of a separate motion for leave to amend.

2. Pursuant to Local Rule 15-3, the First Amended Complaint shall be deemed served upon Defendant on the date the Court approves this stipulation.

3. Defendant's deadline to answer or otherwise respond to the First Amended Complaint shall be governed by Federal Rule of Civil Procedure 15(a)(3), unless otherwise ordered by the Court.

**IT SO STIPULATED AND AGREED this 8th day of September, 2026.**

*/s/ Carly M. Roman*
Carly M. Roman (SBN 349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff and Putative Class*

*/s/ Jamison Gilmore*
Jamison T. Gilmore
**WEINBERG GONSER LLP**
1100 Glendon Ave. PH-9
Los Angeles, CA 90024
Telephone: (424) 407-4121
jamison@wgcounsel.com

*Counsel for Defendant*
*Fast Business Financial LLC*

# CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on September 8, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 8th day of September, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*
Carly M. Roman (SBN 349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com