**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ASHER BRONSTIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAST BUSINESS FINANCIAL LLC,<br><br>Defendant. | No. 2:26-cv-05835-MWC-AS<br><br>Honorable Judge Michelle Williams Court<br><br>[PROPOSED] ORDER ON PARTIES' STIPULATION TO FILE FIRST AMENDED CLASS ACTION COMPLAINT |

**[PROPOSED] ORDER**

Having reviewed the Parties' Stipulation to File First Amended Complaint, and good cause appearing therefor, IT IS HEREBY ORDERED that the Stipulation is APPROVED.

1. Plaintiff shall file the First Amended Complaint as a separate document within ___ days of the entry of this Order.

2. Pursuant to Local Rule 15-3, the First Amended Complaint shall be deemed served upon Defendant Fast Business Financial LLC on the date this Order is entered.

3. Defendant's deadline to answer or otherwise respond to the First Amended Complaint shall be governed by Federal Rule of Civil Procedure 15(a)(3),

unless otherwise ordered by the Court.

DATED: ________________

HON. MICHELLE WILLIAMS COURT

Presented by:

*/s/ Carly M. Roman*
Carly M. Roman (SBN 349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff and Putative Class*

*/s/ Jamison Gilmore*
Jamison T. Gilmore
**WEINBERG GONSER LLP**
1100 Glendon Ave. PH-9
Los Angeles, CA 90024
Telephone: (424) 407-4121
jamison@wgcounsel.com

*Counsel for Defendant*
*Fast Business Financial LLC*

# CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on September 8, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 8th day of September, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*

Carly M. Roman (SBN 349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com