UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHER BRONSTIN, *on behalf of himself and all others similarly situated*,<br>Plaintiff,<br>v.<br>FAST BUSINESS FINANCIAL LLC<br>Defendant. | Case No. 2:26-cv-05835-MWC-AS<br><br>**ORDER PARTIALLY GRANTING JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT (DKT. [17])** |

The Court, having reviewed the Joint Stipulation for Leave to File First Amended Class Action Complaint ("Stipulation," Dkt. # 17), and finding good cause, hereby **GRANTS** the Stipulation.

**IT IS SO ORDERED.**

DATED: September 10, 2026

Honorable Michelle Wiliams Court
United States District Judge