**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

ASHER BRONSTIN, on behalf of himself and all others similarly situated,

Plaintiff,

v.

FAST BUSINESS FINANCIAL LLC,

Defendant.

No. 2:26-cv-05835-MWC-AS

Honorable Judge Michelle Williams Court

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Asher Bronstin hereby gives notice that his claims in this action against Defendant Fast Business Financial LLC, are hereby voluntarily dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any putative or class claims, with each party to bear its own costs and attorney fees.

*[Counsel signature to follow on next page.]*

DATED this 24th day of September, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*
Carly M. Roman (SBN 349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff and Putative Class*

**CERTIFICATE OF SERVICE**

I, Carly M. Roman, hereby certify that on September 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 24th day of September, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*

Carly M. Roman (SBN 349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com